**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Roger Lee and Judy Kay Hagan**　　　　　　　　　　　　　**NO. 15-10882**
　　　　　　**Debtor(s)**　　　　　　　　　　　　　　　　　　　　　　**Chapter 13**

**MOTION BY DEBTOR TO CONVERT CASE UNDER CHAPTER 13**
**TO CASE UNDER CHAPTER 7**

Pursuant to 1307(a), the above named Debtor(s) request this Court to convert this case under Chapter 13 to a case under Chapter 7, and the grounds states as follows:

1. That the debtors, Roger and Judy Hagan, desire to convert this case to a Chapter 7 bankruptcy.

**WHEREFORE**, the Debtor prays for this Court to convert this case under Chapter 13 to a case under Chapter 7 of the Bankruptcy Code.

　　Dated this the 24$^{th\ t}$ day of February, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　　　　　/s/   Heidi S. Milam
　　　　　　　　　　　　　　　　　　　　　　　　　Heidi S. Milam
　　　　　　　　　　　　　　　　　　　　　　　　　P.O. Box 1169
　　　　　　　　　　　　　　　　　　　　　　　　　Hernando, MS   38671
　　　　　　　　　　　　　　　　　　　　　　　　　662-349-2322